PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
for the
District of Alaska


RECEIVED
OCT 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                                         Case No.    A04-0070-03 CR (RRB)

JONES, Chynna

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on October 22, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE                          10/22/07

Timothy M. Astle                            Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this  22  day of  October , 20____.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge